AMERICAN SILICON TECHNOLOGIES, ELKEM METALS CO., GLOBE METALLURGICAL, INC., AND SKW METALS & ALLOYS, INC., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND ELETROSILEX BELO HORIZONTE, DEFENDANT-INTERVENOR

Court No. 94–09–00555

(Dated July 27, 2001)

## JUDGMENT

MUSGRAVE, *Judge:* Upon review of *Silicon Metal From Brazil; Final Results of Redetermination Pursuant to Court Remand* (Mar. 12, 2001) ("Remand Results") issued by the United States Department of Commerce, International Trade Administration, following the Court's remand order in *American Silicon Technologies v. United States,* 24 CIT 1126, 118 F. Supp. 2d 1329 (2000), in the absence of comments by any party and upon finding that Commerce has complied with the Court's instructions, it is hereby

ORDERED that the Remand Results are affirmed in their entirety; and it is further

ORDERED that all issues having been decided, this action is concluded.